| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **NATIONAL THERAPY STAFFING, INC.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5757822 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **390 E. Higgins Rd., #101** **Elk Grove Village, IL 60007** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor    **NATIONAL THERAPY STAFFING, INC.** _____    Case number (*if known*) _____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   ____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**    Check one:

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    **NATIONAL THERAPY STAFFING, INC.**          Case number (*if known*) _____
          Name

---

**11. Why is the case filed in** *this district?*          *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

          Contact name  _____

          Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 26, 2016**
                 MM / DD / YYYY

**X   /s/ RAYMOND S.  ADORABLE**             **RAYMOND S.  ADORABLE**
    Signature of authorized representative of debtor          Printed name

Title   **President & Secretary**

**18. Signature of attorney**

**X   /s/ Timothy M. Hughes**                    Date   **February 26, 2016**
    Signature of attorney for debtor                            MM / DD / YYYY

**Timothy M. Hughes**
Printed name

**Lavelle Law, Ltd.**
Firm name

**501 W Colfax**
**Palatine, IL 60067**
Number, Street, City, State & ZIP Code

Contact phone   **847.705-9698**      Email address   **thughes@lavellelaw.com**

**6208982**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **NATIONAL THERAPY STAFFING, INC.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 26, 2016**      X /s/ RAYMOND S.  ADORABLE
                                         Signature of individual signing on behalf of debtor

                                         **RAYMOND S.  ADORABLE**
                                         Printed name

                                         **President & Secretary**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **NATIONAL THERAPY STAFFING, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)         _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:   Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $ _____ 4,432.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $ _____ 4,432.00

**Part 2:   Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____ 60,483.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................ $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................ +$ _____ 161,842.10

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b      $ _____ 222,325.10

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NATIONAL THERAPY STAFFING, INC.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **JP Morgan Chase Bank** | **Checking** | **2756** | **$90.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                    **$90.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **Security deposit with landlord** | **$3,542.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                    **$3,542.00**
Add lines 7 through 8. Copy the total to line 81.

Debtor    **NATIONAL THERAPY STAFFING, INC.** _____  Case number _(If known)_ _____
    Name

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:  **22,632.00** ─ **22,632.00** = .... **$0.00**
   face amount     doubtful or uncollectible accounts

**12.    Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.  **$0.00**

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **file cabinets, desk, chairs, etc.** | **$0.00** | | **$400.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **computer, printer, phone, fax, server** | **$0.00** | | **$400.00** |

42.    **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

Debtor    **NATIONAL THERAPY STAFFING, INC.**                                Case number *(If known)* _____
_____
Name

43.  **Total of Part 7.**                                                                                      | $800.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■No
☐Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■No
☐Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

■No.  Go to Part 9.
☐Yes Fill in the information below.

| Part 9: | **Real property** |

**54.  Does the debtor own or lease any real property?**

■No.  Go to Part 10.
☐Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59.  Does the debtor have any interests in intangibles or intellectual property?**

■No.  Go to Part 11.
☐Yes Fill in the information below.

| Part 11: | **All other assets** |

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■No.  Go to Part 12.
☐Yes Fill in the information below.

Debtor    **NATIONAL THERAPY STAFFING, INC.**                              Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $90.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,542.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,432.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,432.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NATIONAL THERAPY STAFFING, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**   **Gladstone Group**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Security deposit with landlord** | $60,483.00 | $3,542.00 |
| **390 E. Higgins Rd.**<br>**Elk Grove Village, IL 60007**<br>Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including<br>this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $60,483.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1<br>did you enter the<br>related creditor? | Last 4 digits of<br>account number<br>for this entity |
| --- | --- | --- |
| -NONE- | Line | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **NATIONAL THERAPY STAFFING, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

| 2.1 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Illinois Department of Revenue** **100 W Randolph 7th Floor** **Bankruptcy Unit** **Chicago, IL 60601** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** **NOTICE ONLY** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?** ■ No ☐ Yes | | |

| 2.2 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Illinois Dept of Employment Securit** **P.O. Box 3637** **Springfield, IL 62708-3637** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** **NOTICE ONLY** | **Basis for the claim:** | | |
| | **Last 4 digits of account number** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?** ■ No ☐ Yes | | |

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Ooperations**
**POB 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**NOTICE ONLY**

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,047.00** |
|---|---|---|---|

**Al Elabady - IC**
**6144 W. 97th St.**
**Oak Lawn, IL 60453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    _____

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$840.00** |
|---|---|---|---|

**Amita Nunez - IC**
**140 Carriage Way Dr., 127C**
**Burr Ridge, IL 60527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    _____

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Anna Strazzante -IC**
**1128 Grace Dr.**
**Yorkville, IL 60560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    _____

---

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,000.00** |
|---|---|---|---|

**Arch**
**160 Pearl St., Suite 5**
**New York, NY 10005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number _____
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,318.00** |
|---|---|---|---|

**Arch Capital Funding**
**160 Pearl St. #5**
**New York, NY 10005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number _____
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$482.67** |
|---|---|---|---|

**AT&T**
**POB 5080**
**Carol Stream, IL 60197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Phone Bill**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number **7996**
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$178.00** |
|---|---|---|---|

**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Cable/Internet**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number **4509**
☐ Yes

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,457.00 |
|---|---|---|---|

**Barbara Quinn**
**3143 N. Kolmar**
**Chicago, IL 60641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 |
|---|---|---|---|

**Ben Thomas - IC**
**2247 Eastview Dr.**
**Des Plaines, IL 60018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |
|---|---|---|---|

**Bessy Miller - IC**
**1695 N. Pebble Beach Way**
**Vernon Hills, IL 60061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 |
|---|---|---|---|

**Capital One**
**P.O.Box  6492**
**Carol Stream, IL 60197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$540.00** |
|---|---|---|---|

**Catherine Perz - IC**
**3818 Shenandoah Dr**
**Crystal Lake, IL 60012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$525.00** |
|---|---|---|---|

**Charity Managtag - IC**
**1485 E. Evergreen Dr., # 301**
**Palatine, IL 60074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,275.00** |
|---|---|---|---|

**Colleen Skotnicki**
**1250 Gldfinch Lane**
**Antioch, IL 60002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$255.35** |
|---|---|---|---|

**Com Ed**
**P.O. Box 6111**
**Carol Stream, IL 60197**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3049**

---

Debtor   **NATIONAL THERAPY STAFFING, INC.**                    Case number (if known) _____
_____
Name

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 |
|------|---|---|---|

**Dexter Ware - IC**
**1054 W. Hollywood Ave.**
**# 3 West**
**Chicago, IL 60660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|------|---|---|---|

**Diane Simnick**
**1125 Cedar Creek Drive**
**Lake Zurich, IL 60047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|------|---|---|---|

**Ela Rzadkowski - IC**
**298 Biltmore Dr.**
**Barrington, IL 60010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 |
|------|---|---|---|

**Ellen - IC Bagay**
**14619 S. Kenton Avenue**
**Midlothian, IL 60445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|
| | **Ellen Bagay - IC**<br>**14619 S. Kenton Avenue**<br>**Midlothian, IL 60445** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**<br>**Contract dispute** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,634.00 |
|---|---|---|---|
| | **Elzbieta Kacala-Jermak IC**<br>**555 N. Prairie Lane**<br>**Lake Zurich, IL 60047** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**<br>**Contract dispute** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,417.50 |
|---|---|---|---|
| | **Everest Business Funding**<br>**2001 NW 107 Ave., 3rd Flr**<br>**Miami, FL 33172** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**<br>**Loan** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|
| | **Ezra Heman - P/T**<br>**1290 Kingsdale Rd.**<br>**Hoffman Estates, IL 60169** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | | **Basis for the claim:**<br>**Contract dispute** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

Debtor **NATIONAL THERAPY STAFFING, INC.**      Case number (if known) _____

Name

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,656.00** |
|---|---|---|---|

**Frances Peszek - IC**
**146 Towers Keep**
**Highland Park, IL 60035**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | **$4,647.00** |

**Gladstone Group**
**390 E. Higgins Rd.**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Lease**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | **$19,940.00** |

**Howard Lee - IC**
**7870 N. Lincoln Ave., Ste. 202**
**Skokie, IL 60077**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | **$1,120.00** |

**Ian Funtilon - IC**
**101 Kristin Circle, Unit 4**
**Schaumburg, IL 60195**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

Debtor    **NATIONAL THERAPY STAFFING, INC.**                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jasmine Ching - IC**
**7102 N Sheridan Rd**
**Chicago, IL 60626**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | **$1,200.00** |

**Jeff Olen**
**1110 W Mockingbird Ln**
**Oak Creek, WI 53154**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | **$288.00** |

**Jennifer Davis**
**811 Hyatt St**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | **$3,300.00** |

**Jennifer Senecal**
**7910 N. Karlov**
**Skokie, IL 60076**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

**Jerelie Soledad - IC**
**20958 W. Boulder Dr.**
**Plainfield, IL 60544**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.33** | **Nonpriority creditor's name and mailing address** | **$450.00**

**Jerico Montano - IC**
**4940 Chase Ave**
**Skokie, IL 60077**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.34** | **Nonpriority creditor's name and mailing address** | **$0.00**

**Karen Silva Quanbeck - IC**
**247 Mark Ave**
**Glendale Heights, IL 60139**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.35** | **Nonpriority creditor's name and mailing address** | **$1,875.00**

**Karl Samonte - IC**
**10409 Washington Ave.**
**Oak Lawn, IL 60453**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

Debtor   **NATIONAL THERAPY STAFFING, INC.**                              Case number (if known) _____
     Name

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,125.00** |
|---|---|---|---|

**Katarina Creedon- IC**
**3426 Arden Ave**
**Brookfield, IL 60513**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Katarina Creedon- IC**
**c/o Michael Fahey**
**3708 Forest Ave.**
**Brookfield, IL 60513**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,800.00** |
|---|---|---|---|

**Katie Hodak**
**7612 Wilton Rd.**
**Darien, IL 60561**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$280.00** |
|---|---|---|---|

**Kelly Holverson - IC**
**38286 N. Geraghty Ave.**
**Waukegan, IL 60087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **NATIONAL THERAPY STAFFING, INC.**                    Case number (if known) _____
_____Name_____

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Kelly Morrow - IC
217 Brookston Dr., Apt 1D
Schaumburg, IL 60193

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,991.00** |

Ketul Patel - IC
5324 Cedar Drive
Naperville, IL 60564

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$781.00** |

Leonard Golina - IC
1444 E. Sheila Ln.
Mundelein, IL 60060

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$260.00** |

Leticia Rico-Herrera
6104 S. Kedvale
Chicago, IL 60629

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **NATIONAL THERAPY STAFFING, INC.**                         Case number (if known)
          Name

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $375.00 |

**Lisa Cardella IC**
**1020 S. Greenwood Ave.**
**Park Ridge, IL 60068**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | $2,400.00 |

**Mart Bennett**
**695 Old Buffalo Grove #1D**
**Wheeling, IL 60090**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | $0.00 |

**Mary Nelson - IC**
**1433 S. Crosby Ave.**
**Janesville, WI 53546**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.47 | **Nonpriority creditor's name and mailing address** | | $564.00 |

**Mehana Osman**
**3742 Home Ave.**
**Berwyn, IL 60402**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,040.00** |
|---|---|---|---|

**Mei-Wen Li**
**99 W. Phillip Rd. Apt # 111**
**Vernon Hills, IL 60061**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,025.00** |
|---|---|---|---|

**Michael J. Fahey**
**3708 Forest Avenue**
**Brookfield, IL 60513**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Collection**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Michelle Layaoen - IC**
**2427 Ingalis Ave., # 303**
**Crest Hill, IL 60403**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.58** |
|---|---|---|---|

**Nicor Gas**
**P.O Box  5407**
**Carol Stream, IL 60197-5407**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2479**

---

| Debtor | **NATIONAL THERAPY STAFFING, INC.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,090.00** |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17,090.00 |
|---|---|---|---|

**3.52**  Nonpriority creditor's name and mailing address

**Rapid Capital Funding**
**11900 Biscayne Blvd # 201**
**Miami, FL 33181**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$17,090.00**

---

**3.53**  Nonpriority creditor's name and mailing address

**Raymond Adorable**
**500 E. Higgins Rd., Suite 205**
**Elk Grove Village, IL 60007**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$0.00**

---

**3.54**  Nonpriority creditor's name and mailing address

**Raymond Adorable**
**500 E. Higgins Rd., Suite 205**
**Elk Grove Village, IL 60007**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages and salary**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$0.00**

---

**3.55**  Nonpriority creditor's name and mailing address

**Regina Tan**
**401 Carriage Hill Rd.**
**Naperville, IL 60565**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$0.00**

Debtor   **NATIONAL THERAPY STAFFING, INC.**                    Case number (if known) _____
          Name

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,982.00 |
|---|---|---|---|

**Robin Neiberg - IC**
**1232 Mill Creek Drive**
**Buffalo Grove, IL 60089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,630.00 |
|---|---|---|---|

**Roger Sardon**
**7139 W. 109th Place**
**Worth, IL 60482**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,150.00 |
|---|---|---|---|

**Sanluecha Nong - IC**
**1467 Turkey Trail**
**Palatine, IL 60067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,345.00 |
|---|---|---|---|

**Therese Sycip - IC**
**10S438 Carrington Circle**
**Burr Ridge, IL 60527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **NATIONAL THERAPY STAFFING, INC.**                    Case number (if known) _____
          Name

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,437.00** |

**Vanessa Hernandez**
**9544 Nichols Ave.**
**Franklin Park, IL 60131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,440.00** |

**Vanessa Wochner**
**1106 James Ave.**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50.00** |

**Wisconsin Glacier**
**436 Park Ave**
**Lake Villa, IL 60046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   ater

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 161,842.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 161,842.10 |

**Fill in this information to identify the case:**

Debtor name **NATIONAL THERAPY STAFFING, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **390 E. Higgins Rd., Suite 101, Elk Grove, IL 60007 (Debtor is Tenant).** State the term remaining **Through April 30, 2018** List the contract number of any government contract _____ | **Gladstone Group 390 E. Higgins Rd. Elk Grove Village, IL 60007** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NATIONAL THERAPY STAFFING, INC.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **NATIONAL THERAPY STAFFING, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

☐None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■Operating a business<br>☐Other | **$1.00** |
| **For prior year:** From **1/01/2015** to **12/31/2015** | ■Operating a business<br>☐Other | **$1.00** |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ■Operating a business<br>☐Other | **$228,261.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **NATIONAL THERAPY STAFFING, INC.**    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Raymond Adorable**<br>     **500 E. Higgins Rd., Suite 205**<br>     **Elk Grove Village, IL 60007**<br>     **Owner** | **01/2015 --**<br>**$1,810.00;**<br>**02/2015 --**<br>**$4,630.00;**<br>**03/2015 --**<br>**$1,600.00;**<br>**04/2015 --**<br>**$6,560.00;**<br>**05/2015 --**<br>**$4,000.00;**<br>**06/2015 --**<br>**$2,800.00;**<br>**07/2015 --**<br>**$4,960.00;**<br>**08/2015 --**<br>**$3,200.00;**<br>**09/2015 --**<br>**$2,400.00;**<br>**10/2015 -- $**<br>**200.00;**<br>**11/2015 --**<br>**$1,820.00;**<br>**12/2015 -- $**<br>**520.00.** | **$0.00** | **wages** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ■None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of

Debtor   **NATIONAL THERAPY STAFFING, INC.**                      Case number *(if known)* _____

a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Lavelle Law 501 W. Colfax Palatine, IL 60067** | | **1/2016** | **$2,000.00** |
| | Email or website address **www.lavellelaw.com** | | | |
| | Who made the payment, if not debtor? **Joseph T. Piper** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **NATIONAL THERAPY STAFFING, INC.**                                 Case number *(if known)* _____

■None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.


    ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **500 E. Higgins Rd., #205**<br>**Elk Grove Village, IL 60007** | **5/2014 to 4/2015** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.


17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension**
    **or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
    moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
    cooperatives, associations, and other financial institutions.

■None.

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
    case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **NATIONAL THERAPY STAFFING, INC.**                                    Case number *(if known)* _____

■None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **NATIONAL THERAPY STAFFING, INC.** _____   Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **NATIONAL THERAPY STAFFING, INC.**<br>**500 E. Higgins Rd., Suite 205**<br>**Elk Grove Village, IL 60007** | **Physical therapy staffing agency** | **Dates business existed**<br>**EIN:**<br>**From-To   05/20/2014 to 1/__/2016** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **CPA** | _____ to<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Raymond Adorable**<br>**500 E. Higgins Rd., Suite 205**<br>**Elk Grove Village, IL 60007** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor **NATIONAL THERAPY STAFFING, INC.** _____  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Raymond Adorable | 500 E. Higgins Rd., Suite 205 Elk Grove Village, IL 60007 | President & Secretary -- Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2016**

**/s/ RAYMOND S.  ADORABLE**                           **RAYMOND S.  ADORABLE**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **President & Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■No
☐Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re __NATIONAL THERAPY STAFFING, INC.__       Case No. _____

Debtor(s)      Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $ _____ **2,000.00**

   Prior to the filing of this statement I have received ...................................... $ _____ **2,000.00**

   Balance Due ...................................................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **Joseph T. Piper, relative of Raymond Adorable the principal of the Debtor National Therapy Staffing, Inc.**

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__February 26, 2016__            __/s/ Timothy M. Hughes__
*Date*                                       **Timothy M. Hughes 6208982**
                                           *Signature of Attorney*
                                           **Lavelle Law, Ltd.**
                                           **501 W Colfax**
                                           **Palatine, IL 60067**
                                           **847.705-9698 Fax: 847.241-1702**
                                           thughes@lavellelaw.com
                                           *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **NATIONAL THERAPY STAFFING, INC.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **64**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 26, 2016**

**/s/ RAYMOND S.  ADORABLE**

**RAYMOND S.  ADORABLE/President & Secretary**

Signer/Title

Al Elabady - IC
6144 W. 97th St.
Oak Lawn, IL 60453


Amita Nunez - IC
140 Carriage Way Dr., 127C
Burr Ridge, IL 60527


Anna Strazzante -IC
1128 Grace Dr.
Yorkville, IL 60560


Arch
160 Pearl St., Suite 5
New York, NY 10005


Arch Capital Funding
160 Pearl St. #5
New York, NY 10005


AT&T
POB 5080
Carol Stream, IL 60197


AT&T
P.O. Box 5014
Carol Stream, IL 60197


Barbara Quinn
3143 N. Kolmar
Chicago, IL 60641


Ben Thomas - IC
2247 Eastview Dr.
Des Plaines, IL 60018


Bessy Miller - IC
1695 N. Pebble Beach Way
Vernon Hills, IL 60061


Capital One
P.O.Box 6492
Carol Stream, IL 60197

Catherine Perz - IC
3818 Shenandoah Dr
Crystal Lake, IL 60012


Charity Managtag - IC
1485 E. Evergreen Dr., # 301
Palatine, IL 60074


Colleen Skotnicki
1250 Gldfinch Lane
Antioch, IL 60002


Com Ed
P.O. Box 6111
Carol Stream, IL 60197


Dexter Ware - IC
1054 W. Hollywood Ave.
# 3 West
Chicago, IL 60660


Diane Simnick
1125 Cedar Creek Drive
Lake Zurich, IL 60047


Ela Rzadkowski - IC
298 Biltmore Dr.
Barrington, IL 60010


Ellen - IC Bagay
14619 S. Kenton Avenue
Midlothian, IL 60445


Ellen Bagay - IC
14619 S. Kenton Avenue
Midlothian, IL 60445


Elzbieta Kacala-Jermak IC
555 N. Prairie Lane
Lake Zurich, IL 60047


Everest Business Funding
2001 NW 107 Ave., 3rd Flr
Miami, FL 33172

Ezra Heman - P/T
1290 Kingsdale Rd.
Hoffman Estates, IL 60169


Frances Peszek - IC
146 Towers Keep
Highland Park, IL 60035


Gladstone Group
390 E. Higgins Rd.
Elk Grove Village, IL 60007


Howard Lee - IC
7870 N. Lincoln Ave., Ste. 202
Skokie, IL 60077


Ian Funtilon - IC
101 Kristin Circle, Unit 4
Schaumburg, IL 60195


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601


Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Internal Revenue Service
Centralized Insolvency Ooperations
POB 7346
Philadelphia, PA 19101-7346


Jasmine Ching - IC
7102 N Sheridan Rd
Chicago, IL 60626


Jeff Olen
1110 W Mockingbird Ln
Oak Creek, WI 53154


Jennifer Davis
811 Hyatt St

Jennifer Senecal
7910 N. Karlov
Skokie, IL 60076


Jerelie Soledad - IC
20958 W. Boulder Dr.
Plainfield, IL 60544


Jerico Montano - IC
4940 Chase Ave
Skokie, IL 60077


Karen Silva Quanbeck - IC
247 Mark Ave
Glendale Heights, IL 60139


Karl Samonte - IC
10409 Washington Ave.
Oak Lawn, IL 60453


Katarina Creedon- IC
3426 Arden Ave
Brookfield, IL 60513


Katarina Creedon- IC
c/o Michael Fahey
3708 Forest Ave.
Brookfield, IL 60513


Katie Hodak
7612 Wilton Rd.
Darien, IL 60561


Kelly Holverson - IC
38286 N. Geraghty Ave.
Waukegan, IL 60087


Kelly Morrow - IC
217 Brookston Dr., Apt 1D
Schaumburg, IL 60193


Ketul Patel - IC
5324 Cedar Drive
Naperville, IL 60564

Leonard Golina - IC
1444 E. Sheila Ln.
Mundelein, IL 60060


Leticia Rico-Herrera
6104 S. Kedvale
Chicago, IL 60629


Lisa Cardella IC
1020 S. Greenwood Ave.
Park Ridge, IL 60068


Mart Bennett
695 Old Buffalo Grove #1D
Wheeling, IL 60090


Mary Nelson - IC
1433 S. Crosby Ave.
Janesville, WI 53546


Mehana Osman
3742 Home Ave.
Berwyn, IL 60402


Mei-Wen Li
99 W. Phillip Rd. Apt # 111
Vernon Hills, IL 60061


Michael J. Fahey
3708 Forest Avenue
Brookfield, IL 60513


Michelle Layaoen - IC
2427 Ingalis Ave., # 303
Crest Hill, IL 60403


Nicor Gas
P.O Box  5407
Carol Stream, IL 60197-5407


Rapid Capital Funding
11900 Biscayne Blvd # 201
Miami, FL 33181

Raymond Adorable
500 E. Higgins Rd., Suite 205
Elk Grove Village, IL 60007


Regina Tan
401 Carriage Hill Rd.
Naperville, IL 60565


Robin Neiberg - IC
1232 Mill Creek Drive
Buffalo Grove, IL 60089


Roger Sardon
7139 W. 109th Place
Worth, IL 60482


Sanluecha Nong - IC
1467 Turkey Trail
Palatine, IL 60067


Therese Sycip - IC
10S438 Carrington Circle
Burr Ridge, IL 60527


Vanessa Hernandez
9544 Nichols Ave.
Franklin Park, IL 60131


Vanessa Wochner
1106 James Ave.
Rockford, IL 61107


Wisconsin Glacier
436 Park Ave
Lake Villa, IL 60046

# United States Bankruptcy Court
## Northern District of Illinois

In re   **NATIONAL THERAPY STAFFING, INC.** _____   Case No. _____

Debtor(s)          Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **NATIONAL THERAPY STAFFING, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Raymond Adorable**
**500 E. Higgins Rd., Suite 205**
**Elk Grove Village, IL 60007**

☐None [*Check if applicable*]

**February 26, 2016** _____

Date

**/s/ Timothy M. Hughes** _____

**Timothy M. Hughes 6208982**

Signature of Attorney or Litigant

Counsel for   **NATIONAL THERAPY STAFFING, INC.**

**Lavelle Law, Ltd.**
**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698 Fax:847.241-1702**
**thughes@lavellelaw.com**